IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LUIS A. ESTRADA-JIMENEZ,

 Petitioner,

v.

CHRIS BUESGEN,

 Respondent.

ORDER

Case No. 25-cv-852-wmc

---

  Petitioner Luis A. Estrada-Jimenez seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than November 10, 2025. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately April 14, 2025 through the date of the petition, October 14, 2025.

ORDER

  IT IS ORDERED that:

  1. Petitioner Luis A. Estrada-Jimenez may have until November 10, 2025, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2.	If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before November 10, 2025, I will assume that petitioner wishes to withdraw this petition.

Entered this 17th day of October, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge